UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:08-CV-00333-JTC |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES'S MOTION AND |
| ROBERT P. CORP, | ) | NOTICE OF MOTION FOR SUMMARY |
| | ) | JUDGMENT |
| Defendant. | ) | |
| | ) | |

**MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Please take notice that, pursuant to Fed. R. Civ. P. 56(a), the United States hereby moves the Hon. John T. Curtin of the United States District Court for the Western District of New York for entry of an Order of Summary Judgment in this matter.  The basis for this motion is that there is no genuine issue of material fact.  The United States seeks damages and penalties in the amount of $2,068,198.14 on Counts I and II (False Claims Act) of its Complaint.  In the alternative, the United States seeks a judgment in the amount of $95,921.58 on Count IV (Unjust Enrichment).  This motion shall be made upon this Notice of Motion, the United States's Memorandum of Points and Authorities, the United States's  L.R. 56.1(a) Statement of Facts, and the Affidavits and Exhibits filed herewith.

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        TERRANCE P. FLYNN
        United States Attorney

        ROBERT G. TRUSIAK
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5847
        Robert.trusiak@usdoj.gov

By:    /s *Brian R. Young*
        JOYCE R. BRANDA
        RENÉE BROOKER
        BRIAN R. YOUNG
        U.S. Department of Justice, Civil Division
        Commercial Litigation Branch
        Post Office Box 261
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 353-2265
        Fax: (202) 305-4117

        Attorneys for the United States

Of Counsel:
Kenneth Massman
Office of General Counsel
United States Department of Housing and Urban Development

**CERTIFICATE OF SERVICE**

This is to certify that on August 31, 2009, a copy of the foregoing UNITED STATES'S MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT was served via ECF service upon the following individual:

Gabriel M. Nugent
One Park Place
300 South State Street (13202)
Syracuse, New York 132221-4878
(315) 425-2836 (tel)
(315) 703-7361 (fax)

Attorney for Robert C. Corp.

/s *Brian R. Young*
U.S. Department of Justice