PARTIAL SETTLEMENT WORKSHEET

PROJECT NO:                014-22019

PROJECT NAME:             Brylin Hospital

REGULATION DATE:          01-May-01

INITIAL ENDORSEMENT:      05-Jun-01

FINAL ENDORSEMENT         05-Jun-01

SECTION OF ACT            232/223F

INTEREST RATE             6.000%

DEFAULT DATE:             01-Jan-02

PARTIAL SETTLEMENT DATE:   18-Apr-02

UPB:        ~~$ 6,994,592.71~~ X        90% ~~$ 6,295,133.44~~
            6,334,083.72                 5,700,675.35

90% UPB ROUNDED TO NEAREST $100:    ~~$ 6,295,100.00~~
                                     5,700,700.00

INTEREST CALCULATION:
            5,700,700.00
(90% UPB) ~~$ 6,295,100.00~~   X  (INTEREST RATE)            6.000%

FROM    01/01/2002    TO    04/18/2002    = ~~$ 111,642.38~~
                                            101,100.81

PARTIAL SETTLEMENT:
   PRINCIPAL           ~~$ 6,295,100.00~~    5,700,700.00
   INTEREST            ~~111,642.38~~         101,100.81
   TOTAL               ~~$ 6,406,742.38~~    5,801,800.81

PREPARED BY:        J. Chasten
DATE:               18-Apr-02
REVEIWED BY:
DATE:        4/18/02

EXHIBIT
SJ 46

# Loan Amortization Schedule
### $6,350,300.00 at 7.4% for 35 years
### Monthly Payment: $42,363.69

**Please Wait** - slower CPU's may take a minute to build the table.

| Month | Principal Paid | Interest Paid | Balance Remaining | |
|---|---|---|---|---|
| **2001** | | | | |
| August | $3,203.50 | $39,160.18 | $6,347,096.50 | |
| September | $3,223.26 | $39,140.43 | $6,343,873.24 | |
| October | $3,243.13 | $39,120.55 | $6,340,630.11 | |
| November | $3,263.13 | $39,100.55 | $6,337,366.97 | |
| December | $3,283.26 | $39,080.43 | $6,334,083.72 | UPB |
| **2002** | | | | |
| January | $3,303.50 | $39,060.18 | $6,330,780.21 | |
| February | $3,323.87 | $39,039.81 | $6,327,456.34 | |
| March | $3,344.37 | $39,019.31 | $6,324,111.97 | |
| April | $3,365.00 | $38,998.69 | $6,320,746.97 | |
| May | $3,385.75 | $38,977.94 | $6,317,361.23 | |
| June | $3,406.62 | $38,957.06 | $6,313,954.60 | |
| July | $3,427.63 | $38,936.05 | $6,310,526.97 | |
| August | $3,448.77 | $38,914.92 | $6,307,078.20 | |
| September | $3,470.04 | $38,893.65 | $6,303,608.16 | |
| October | $3,491.44 | $38,872.25 | $6,300,116.73 | |
| November | $3,512.97 | $38,850.72 | $6,296,603.76 | |
| December | $3,534.63 | $38,829.06 | $6,293,069.13 | |
| **2003** | | | | |
| January | $3,556.43 | $38,807.26 | $6,289,512.71 | |
| February | $3,578.36 | $38,785.33 | $6,285,934.35 | |
| March | $3,600.42 | $38,763.26 | $6,282,333.93 | |
| April | $3,622.63 | $38,741.06 | $6,278,711.30 | |
| May | $3,644.97 | $38,718.72 | $6,275,066.34 | |
| June | $3,667.44 | $38,696.24 | $6,271,398.89 | |
| July | $3,690.06 | $38,673.63 | $6,267,708.83 | |
| August | $3,712.81 | $38,650.87 | $6,263,996.02 | |
| September | $3,735.71 | $38,627.98 | $6,260,260.31 | |
| October | $3,758.75 | $38,604.94 | $6,256,501.56 | |
| November | $3,781.93 | $38,581.76 | $6,252,719.64 | |
| December | $3,805.25 | $38,558.44 | $6,248,914.39 | |
| **2004** | | | | |
| January | $3,828.71 | $38,534.97 | $6,245,085.67 | |
| February | $3,852.32 | $38,511.36 | $6,241,233.35 | |
| March | $3,876.08 | $38,487.61 | $6,237,357.27 | |
| April | $3,899.98 | $38,463.70 | $6,233,457.29 | |
| May | $3,924.03 | $38,439.65 | $6,229,533.25 | |
| June | $3,948.23 | $38,415.46 | $6,225,585.02 | |

EXHIBIT

SJ 47

## Mortgage/Debenture Interest Calculation

○ Mortgage Rate   ◉ Debenture Rate

**From Date:** 01   –  01   –  2002   (mm-dd-yyyy)

**To Date:** 04   –  18   –  2002   (mm-dd-yyyy)

**Mortgage Amount:** 5700700.00      **Rate:** .0600   (Example: 0.6666)

Calculate

**Amount of Interest:** 101,100.81

Reset   Close Window

https://hudapps.hud.gov/ssmaster/mfcs/admin/mfcs_interest_calculation.cfm?                 7/21/2009

**EXHIBIT**
**SJ 48**

http://hudapps.hud.ge···/ssmaster/mfcs/settlement/process_form1.cfm

## U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
### MULTIFAMILY HOUSING
### MORTGAGE INSURANCE CLAIM PARTIAL SETTLEMENT STATEMENT AND VOUCHER

4/18/2002 (Draft)

| Partial Settlement Basic Information for Claim | | | |
|---|---|---|---|
| **FHA NO** | **VOUCHER NO** | **REQUISITION NO** | **SCHEDULE NO** |
| 014-22019 | 00009717 | | 00009380 |
| **COMMITMENT DT** | **INTEREST RATE** | **DEFAULT DT** | **SERIES** | **INTEREST RATE** |
| 5/1/2001 | 0.06000 | 1/1/2002 | | 0.06000 |
| **INITIAL ENDORSEMENT DT** | **INTEREST RATE** | **FINAL ENDORSEMENT DT** | **SECTION** | **FUND** |
| 6/5/2001 | 0.06000 | 6/5/2001 | RNB | GI |

| PROPERTY NAME AND LOCATION | MORTGAGEE NAME AND LOCATION |
|---|---|
| Brylin Hospitals<br>1263 & 1255 Delaware Avenue 11438<br>Genesee Street, Alden, NY Buffalo, NY<br>14209 00 | GMAC COMMERCIAL MORTGAGE CORP<br>KH REINLEIN SVP 8000 MARYLAND AVE SUITE 1320 ST LOUIS, MO 63105 |

| Principal Calculation | | |
|---|---|---|
| 1. UPB vs Aggregate Escrow Amount | | |
| A. UPB | 6,334,083.72 | ~~$ 6,994,592.71~~ |
| B. Less: Aggregate Escrow Amount | | $ 408,753.71 |
| Total from A to B | 6,334,083.72 | ~~$ 6,994,592.71~~ |
| 2. Partial UPB ( Item 1 * 90%) | 5,700,675.35 | ~~$ 6,295,133.44~~ |
| 3. Principal (Partial UPB Rounded to the nearest $100) | 5,700,700.00 | ~~$ 6,295,100.00~~ |

| Interest | | | | |
|---|---|---|---|---|
| **Plus Interest on**<br>5,700,700.00 | **From**<br>(mm/dd/yyyy) | **To**<br>(mm/dd/yyyy) | **Interest Rate** | |
| ~~$ 6,295,100.00~~ | 1/1/2002 | 4/18/2002 | 0.06000 | ~~$ 111,642.38~~ |
| **Partial Settlement** | | | | 101,100.81 |
| **Total Amount** | | | | ~~$ 6,406,742.38~~ |

5,801,800.81

**EXHIBIT**
**SJ 49**

04/18/2002 11:20 AM

Final Settlement                                                      http://udapps.hud.gov/ssmaster/mfcs/settlement/process_form3.

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
## MULTIFAMILY HOUSING
## MORTGAGE INSURANCE CLAIM SETTLEMENT STATEMENT AND VOUCHER

11/13/2002

| REG Final Settlement Basic Information for Claim | | | | |
|---|---|---|---|---|
| **FHA NO** | **VOUCHER NO** | **REQUISITION NO** | **SCHEDULE NO** | |
| 014-22019 | | | | |
| **LAST PAYMT DT** | **DEFAULT DT** | **MATURITY DT** | **SERIES** | **INTEREST RATE** |
| 8/1/2001 | 9/1/2001 | | | 0.06000 |
| **CONVEYANCE DT** | **DATE ASSIGNED** | **SETTLEMENT DT** | **SECTION** | **FUND** |
| 4/17/2002 | 4/17/2002 | 11/13/2002 | RNB | GI |
| **PROJECT NAME AND LOCATION** | | **MORTGAGEE NAME AND LOCATION** | | |
| Brylin Hospitals 1263 & 1255 Delaware Avenue 11438 Genesee Street, Alden, NY Buffalo, NY 14209 00 | | GMAC COMMERCIAL MORTGAGE CORP KH REINLEIN SVP 8000 MARYLAND AVE SUITE 1320 ST LOUIS, MO 63105 | | |

| Gross Claim | | |
|---|---|---|
| a. Unpaid principal balance of the mortgage | 6,334,083.72 | $ 6,994,592.71 |
| b. Unpaid balance of advances by mortgagee for: | | |
|   1. Mortgage insurance premiums | $ 0.00 | |
|   2. Taxes ground rents, water rates, etc. | $ 0.00 | |
|   3. Insurance on the property | $ 0.00 | |
| | | $ 0.00 |
| c. Reasonable expenses for completion and preservation of property | | $ 0.00 |
| d. Undisbursed mortgage proceeds remitted to FHA | | $ 0.00 |
| Total Mortgage Balance and Disbursements | 6,334,083.72 | $ 6,994,592.71 |

**Deductions**

EXHIBIT

SJ 50

| e. Funds in Escrow | | |
|---|---|---|
| 1. Mortgage Insurance Premiums | $ 14,416.12 | |
| 2. Taxes, ground rates, water rates etc. | $ 32,831.69 | |
| 3. Hazard Insurance Premium | $ 87,967.10 | |
| 4. Reserve for replacements | $ 779,515.07 | |
| 5. Other | $ 428.62 | |
| | | $ 915,158.60 |
| f. Net income received from the property: | | |
| 1. Total Collections (Schedule B) | $ 0.00 | |
| 2. Less: Operating Expenses (Schedule C) | $ 0.00 | |
| | | $ 0.00 |
| g. Receipts from other sources after default date | | $ 47,464.54 |
| h. One percent of item (A) | 63,340.84 | ~~$ 69,945.93~~ |
| i. Other | | $ 8,319.89 |
| **Total Deductions** | 1,034,283.87 | $ ~~1,040,888.96~~ |
| **Net Claim** | 5,299,799.85 | $ ~~5,953,703.75~~ |

| **Interest** | | | | |
|---|---|---|---|---|
| **Plus Interest on** | **From (mm/dd/yyyy)** | **To (mm/dd/yyyy)** | **Interest Rate** | 198,532.44 |
| 5,299,799.85 $ ~~5,953,703.75~~ | 9/1/2001 | 4/17/2002 | 0.06000 | ~~223,027.92~~ |
| **Plus Interest on** | **From (mm/dd/yyyy)** | **To (mm/dd/yyyy)** | **Interest Rate** | |
| $ 0.00 | 1/1/2002 | 6/1/2002 | 0.06000 | 0.00 |
| **Plus Interest on** | **From (mm/dd/yyyy)** | **To (mm/dd/yyyy)** | **Interest Rate** | |
| $ 0.00 | | | 0.00000 | 0.00 |
| **Adjusted Claim** | | | 5,498,332.29 | $ ~~6,176,731.67~~ |
| **Less Partial Settlement** | | | 5,801,800.81 | $ ~~6,406,742.38~~ |

Final Settlement                                   http   udapps.hud.gov ssmaster/mfcs/settlement/process_form3.c

| Less Offset-project No | | | | | $ 0.00 |
|---|---|---|---|---|---|
| Special Payment Description | | | | | |
| Special Payment Amount | $0.00 | | | | |
| Offset FHA Number | | | | | |
| Debentures | | | | | $ 0.00 |
| Cash | | −303,468.52 | | | $ -230,010.71 |
| Certificate of Claim | | | | | |
| Amount due under the mortgage but not included for insurance benefits | | | | | $ 0.00 |
| Reasonable Attorney's Fees paid | | | | | $ 0.00 |
| Interest Adjustment | | | | | |

| Mortgage Interest on | From (mm/dd/yyyy) | To (mm/dd/yyyy) | Mortgage Interest Rate | 320,239.99 |
|---|---|---|---|---|
| 6,334,083.72 $ -6,994,592.71 | 8/1/2001 | 4/17/2002 | 0.07125 | $ 353,634.15 |

| Less | | | | |
|---|---|---|---|---|
| Debenture Interest on | From (mm/dd/yyyy) | To (mm/dd/yyyy) | Rate | 198,532.44 |
| 5,299,799.85 $ -5,953,703.75 | 9/1/2001 | 4/17/2002 | 0.06000 | $ 223,027.92 |

| Note: If mortgage interest is less than debenture interest the difference is set to 0 (Zero) | | Difference: | 121,707.55 $ 130,606.23 |
|---|---|---|---|
| Amount deducted under item H of section I | | 63,340.84 | $ 69,945.93 |
| Certification of Claim | Date | 4/17/2002 | $ 200,552.16 |

185,048.39

## Mortgage/Debenture Interest Calculation

○ **Mortgage Rate**   ◉ **Debenture Rate**

**From Date:** 09  - 01  - 2001   **(mm-dd-yyyy)**

**To Date:** 04  - 17  - 2002   **(mm-dd-yyyy)**

**Mortgage Amount:** 5299799.85      **Rate:** .0600   **(Example: 0.6666)**

[ Calculate ]

**Amount of Interest:** 198,532.44

[ Reset ]   [ Close Window ]

**EXHIBIT
SJ 51**

# Mortgage/Debenture Interest Calculation

⦿ **Mortgage Rate**     ○ **Debenture Rate**

**From Date:** 08   – 01   – 2001   **(mm-dd-yyyy)**

**To Date:** 04   – 17   – 2002   **(mm-dd-yyyy)**

**Mortgage Amount:** 6334083.72     **Rate:** .07125   **(Example: 0.6666)**

[ Calculate ]

**Amount of Interest:** 320,239.99

[ Reset ]   [ Close Window ]

**EXHIBIT
SJ 52**